Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant
FERREIRA DAIRY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST<br><br>and<br><br>BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FERREIRA DAIRY,<br><br>Defendant. | Case No. 5:14-cv-01295-RSWL-MAN<br><br>**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER RE: PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES (DOC. 27) PURSUANT TO LOCAL RULE 7-18**<br><br>Judge:       Ronald S.W. Lew<br>Courtroom:   21-5th Floor<br>Date:        March 31, 2015<br>Time:        10:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on March 31, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 21 of the above entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant will and hereby does move, pursuant to Local Rule 7-18, for reconsideration of this Court's February 6, 2015 Order re: Plaintiffs' Motion to Strike Affirmative Defenses & Immaterial & Impertinent Allegations (Doc. 27). This motion is made

pursuant to Local Rule 7-18, subdivision (c) on the grounds of a failure to consider material facts presented to the Court before such decision. Mainly, the Court failed to consider Defendant's arguments raised in its supplemental opposition (Doc. 21) to Plaintiffs' claims that Defendant's Ninth, Tenth, Eleventh, and Thirteenth affirmative defenses are committed to mandatory arbitration pursuant to ERISA § 1401(a). On the same basis, the Court failed to consider Defendant's material arguments raised in its supplemental opposition (Doc. 21) when it *sua sponte* considered whether Defendant's Second and Third affirmative defenses were similarly insufficient pursuant to § 1401(a).

      This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 17, 2015.

      This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: March 3, 2015        **SAGASER, WATKINS & WIELAND PC**

                                              By:   /s/ Ian B. Wieland
                                                    Howard A. Sagaser
                                                    Ian B. Wieland
                                                    Attorneys for Defendant FERREIRA DAIRY

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000