Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant
FERREIRA DAIRY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST<br><br>and<br><br>BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FERREIRA DAIRY,<br><br>Defendant. | Case No.  5:14-cv-01295-RSWL-MAN<br><br>**DECLARATION OF IAN B. WIELAND IN SUPPORT OF DEFENDANT FERREIRA DAIRY'S MOTION FOR RECONSIDERATION OF ORDER RE: PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES (DOC. 27)** |

I, Ian B. Wieland, declare:

1. I am an attorney duly admitted to practice law in the State of California and before all United States District Courts in California. I am a partner in the law firm of Sagaser, Watkins & Wieland, PC, counsel of record for Defendant Ferreira Dairy.

2. I have personal knowledge as to all matters stated herein, and if called

---

DECLARATION OF IAN B. WIELAND IN SUPPORT OF DEFENDANT'S
MOTION FOR RECONSIDERATION

015064.00002 - 122924.1

to testify as a witness, I could and would competently testify to them under oath.

    3.    On February 17, 2015 I meet and conferred with opposing counsel, Donna Kirchner, regarding our motion for reconsideration.

The above facts are within my personal knowledge and if called as a witness at trial, I could competently testify thereto. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of March 2015, in Fresno County, California.

                                        /s/ Ian B. Wieland
                                        Ian B. Wieland

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000

2
DECLARATION OF IAN B. WIELAND IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION
015064.00002 - 122924.1