| | |
|---|---|
| 1 | George M. Kraw (Cal. Bar No. 71551) |
| | Donna L. Kirchner (Cal. Bar No. 138320) |
| 2 | KRAW AND KRAW LAW GROUP |
| | 605 Ellis Street, Suite 200 |
| 3 | Mountain View, CA 94043 |
| | Telephone: (650) 314-7800 |
| 4 | Facsimile: (650) 314-7899 |
| | gkraw@kraw.com |
| 5 | dkirchner@kraw.com |
| 6 | Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al., | Case No.: 5:14-cv-01295-RSWL-MAN |
| | **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION IN PART OF ORDER RE MOTION STRIKE** |
| Plaintiffs, | |
| v. | Judge: Ronald S.W. Lew |
| FERREIRA DAIRY, | Ctrm: 21-5th Floor |
| | Date: 3/31/2015 |
| Defendant. | Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on March 31, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 21 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will, and hereby do, move pursuant to Local Rule 7-18, for reconsideration in part of this Court's Order re: Plaintiffs' Motion to Strike Affirmative Defenses & Immaterial & Impertinent Allegations (Dkt. #27). This motion is made pursuant to Local Rule 1-18(c) on the grounds that the Court inadvertently failed to consider the fact that Plaintiffs had not withdrawn their motion with regard to the purported lack of ALRB certification defense set forth in Defendant's Fifth, Sixth, Seventh, and Fourteenth

1  Affirmative Defenses.
2      This motion is made following the conference of counsel pursuant to L.R. 7-3
3  which took place on February 20, 2015.
4      This motion is based on this Notice of Motion, the Memorandum of Points and
5  Authorities filed herewith, the Declaration of Donna L. Kirchner filed herewith, the
6  pleadings and documents on file herein, and such other and further matters as may be
7  presented at the time of the hearing on this motion.
8  Dated:  March *3*, 2015              KRAW & KRAW LAW GROUP

     /s/ Donna Kirchner
10                                      Donna L. Kirchner
11                                      *Attorneys for Plaintiffs*