George M. Kraw (Cal. Bar No. 71551)
Donna L. Kirchner (Cal. Bar. No. 138320)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al., | Case No.: 5:14-cv-01295-RSWL-MAN |
| | **DECLARATION OF DONNA L. KIRCHNER** |
| Plaintiffs, | Judge:     Ronald S.W. Lew |
| v. | Ctrm:     21-5th Floor |
| FERREIRA DAIRY, | Date:     3/31/2015 |
| | Time:     10:00 a.m. |
| Defendant. | |

I, Donna L. Kirchner, do hereby declare that:

1.     I am one of the counsel of record in this case. I am over the age of 18, and if called to testify I could and would competently testify to the following facts.

2.     I drafted Plaintiffs' Reply in Support of Plaintiffs' Motion to Strike Affirmative Defenses and Immaterial Allegations (the "Reply") (Dkt #19). In drafting the "Conclusion" section of the Reply, I inadvertently failed to also mention the Fifth, Sixth, Seventh, and Fourteenth Affirmative Defenses. This inadvertent omission was not indicative of any intent by Plaintiffs to withdraw the motion as to those Affirmative Defenses. On the contrary, I included those Affirmative Defenses in the "Introduction" section of the Reply, and I included a entire section (Section

II.F.) which specifically addressed the lack of ALRB certification defense asserted by Defendant in those Affirmative Defenses.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the __3rd__ day of March, 2015, in Gilroy, California.


*/s/ Donna Kirchner*
Donna L. Kirchner